1  JAMES R. PAGLIERO, SBN 095898
   GABRIEL G. BALDWIN, SBN 234241
2  PAGLIERO & ASSOCIATES
   A Professional Corporation
3  5701 Marconi Avenue
   Carmichael, CA 95608
4  (916) 481-7100 Fax: (916) 481-7101

5  Attorneys for Defendant
   Miratech Corporation

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12  AMERICAN HOME ASSURANCE          ) No. 2:11-CV-01814-WBS-DAD
    COMPANY, a New York              )
13  corporation,                     )
                                     ) **STIPULATION AND JOINT REQUEST**
14            Plaintiff,             ) **FOR ORDER AMENDING PRE-TRIAL**
                                     ) **SCHEDULING ORDER**
15       v.                          )
                                     )
16  CASHMAN EQUIPMENT COMPANY, a     )
    Nevada corporation; MIRATECH     )
17  CORPORATION, an Oklahoma         )
    corporation; and DOES 1-100,     )
18                                   )
             Defendants.             )
19  _____)

20

21       Plaintiff AMERICAN HOME ASSURANCE COMPANY, by and through its

22  counsel of record, Defendant CASHMAN EQUIPMENT COMPANY, by and

23  through its counsel of record, and  MIRATECH CORPORATION, by and

24  through its counsel of record, hereby stipulate and respectfully

25  request the Court to enter a stipulated order amending the pre-

26  trial scheduling order, as follows.

27       1.   At that time the pre-trial scheduling order was entered,

28  discovery was in its very early stages.

1

1   2.   Since that time, the parties have produced voluminous

2   records and begun initial written discovery.  However, the parties

3   are still in the process of exchanging and responding to written

4   discovery.  Given the natures of the claims, the parties conclude

5   that depositions and further discovery will be required to clarify

6   the parties' positions on key claims and defenses to continue to

7   move this case towards resolution by settlement or trial.

8   3.   Parties and material witnesses are located in multiple

9   states including California, Oklahoma and Nevada, and possibly

10  others,  including  Switzerland.   It  will  therefore  require

11  additional time to coordinate and complete material and key witness

12  discovery.   Additionally,  depositions  of  numerous  parties  and

13  witnesses are expected and the parties are still coordinating with

14  regard  to  both  dates  and  locations.   The  nature,  scope  and

15  complexity of the issues in this case, combined with the widespread

16  locations of percipient parties and witnesses, the thousands of

17  pages of relevant documents and files, and the significant number

18  of parties and witnesses to be deposed underscore the need for a

19  revision of the pre-trial scheduling order deadlines.

20  4.   The parties jointly submit this stipulation and request

21  to revise the existing pre-trial scheduling order for the dual

22  purposes of: (a) allowing the parties to time to continue and

23  complete investigation and discovery, with an emphasis on the key

24  depositions which could facilitate resolution of the case; and (b)

25  permitting  the  parties  to  develop  a  balanced  plan  for

26  investigation,  discovery  and  depositions  (including  expert

27  discovery) such that all parties will be prepared for trial, in the

28  event that the case does not resolve, and the parties best efforts

2

1  notwithstanding.

2       5.    Based on the foregoing, all parties strongly urge the

3  Court to extend the current deadliness set out in the pre-trial

4  scheduling order.   The parties jointly and unanimously move that

5  the following proposed amended pre-trial scheduling order submitted

6  by all parties be entered by the Court.

7       6.    This motion is not made for the purpose of delay, but so

8  that justice may be done.   All parties unanimously agree that a

9  reasonable extension is necessary based upon the foregoing.

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Disclosure of Expert Witnesses and Reports | 05/15/12 | 11/30/12 |
| Discovery Completion Deadline | 10/31/12 | 02/15/13 |
| Non-Discovery Motion filing Deadline (No change) | 03/18/13 | 03/18/13 |
| Final Pretrial Conference (No change) | 05/28/13 at 2:00 p.m. | 05/28/13 at 2:00 p.m. |
| Trial of Matter (No change) | 07/30/13 at 9:00 a.m. | 07/30/13 at 9:00 a.m. |

19  DATED: April 12, 2012          PAGLIERO & ASSOCIATES
                                   A Professional Corporation

21                                 /s/ James R. Pagliero
                                   JAMES R. PAGLIERO
22                                 Attorneys for defendant
                                   Miratech Corporation

24  DATED: April 13, 2012          COZEN O'CONNOR

26                                 /s/ Gerard P. Harney
                                   GERARD P. HARNEY
27                                 Attorneys for plaintiff
                                   American Home Assurance Company

3

1    DATED: April 13, 2012              BORTON PETRINI, LLP

2

3                                        /s/ Manish Parikh
                                        MANISH PARIKH
                                        Attorneys for defendant
4                                        Cashman Equipment Company

5

6        **IT IS SO ORDERED AS MODIFIED.**

7    DATED: April 19, 2012.

8

9    _____
     DALE A. DRCZD
10   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16
     DDAD1\orders.civil
17   american-home1814.stip.eot.pretrialsched.ord

18

19

20

21

22

23

24

25

26

27

28

                                  4

**Stipulation and Joint Request for Order**        **American Home v. Cashman Equipment**
**Amending Pre-Trial Scheduling Order**                 **2:11-cv-01814-WBS-DAD**