JAMES R. PAGLIERO, SBN 095898
GABRIEL G. BALDWIN, SBN 234241
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100 Fax: (916) 481-7101

Attorneys for Defendant
Miratech Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, a New York corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CASHMAN EQUIPMENT COMPANY, a Nevada corporation; MIRATECH CORPORATION, an Oklahoma corporation; and DOES 1-100,<br><br>            Defendants. | No. 2:11-CV-01814-WBS-DAD<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER** |

Plaintiff AMERICAN HOME ASSURANCE COMPANY, defendant CASHMAN EQUIPMENT COMPANY and defendant MIRATECH CORPORATION, by and through their respective counsel of record, hereby stipulate and respectfully request the Court enter a stipulated order amending the pre-trial scheduling order, as follows.

    1.   The trial date in this matter is July 30, 2013. That is the first trial date in this matter and has never been changed. The parties request that the trial date and all pre-trial dates be

1

1  extended approximately six to seven months to allow the parties
2  additional time to conduct discovery in this complicated, multi-
3  million dollar case.
4        2.   Since the time of the initial status conference the
5  parties have been diligently involved in conducting extensive
6  written discovery.  As a result of that discovery, certain persons
7  have been identified who the parties intend to depose.  These
8  deponents are located in multiple states including California,
9  Oklahoma and Nevada, as well as Switzerland and Germany.  It will
10 therefore require additional time to coordinate and complete
11 material and key witness discovery.
12       3.   It is the intent of the parties to conduct various
13 depositions and then it is expected the matter will be submitted to
14 mediation in early to mid 2013.
15       4.   Additionally, the attorney who had been handling this
16 matter for the plaintiff since the inception of the matter shortly
17 after the subject fire on January 1, 2010 was Mr. Gerard Harney.
18 He has now retired.  The attorneys at the firm of COZEN O'CONNOR
19 now handling this matter are Peter Lynch and Kevin Bush.  They need
20 additional time to become fully conversant with the facts and
21 evidence surrounding this matter to be able to effectively conduct
22 discovery and move this matter to a resolution via settlement or
23 trial.
24       5.   At this point the disclosure of expert witnesses and
25 reports is scheduled for November 30, 2012.  Additional deponents
26 need to be deposed to provide the deposition testimony to the
27 respective experts for their consideration and analysis before they
28 are able to complete their reports.

2

1     6.    This is a complicated case involving alleged damages of
2  over $15,000,000 and involving claims and defenses involving
3  negligence, products liability, indemnity and premises liability.
4     7.    The parties jointly submit this stipulation and request
5  to revise the existing pre-trial schedule order for the dual
6  purposes of: (a) allowing the parties the time to continue and
7  complete investigation and discovery, with an emphasis on the key
8  depositions which could facilitate resolution case, probably
9  through mediation, and (b) permitting the parties to developed a
10 balanced plan for investigation, discovery and depositions
11 (including expert discovery) such that all parties will be prepared
12 for trial in the event the case does not resolve, the parties best
13 efforts not withstanding.
14    8.    Based on the foregoing, all parties strongly urge the
15 court to extend the current deadlines set out in the pre-trial
16 scheduling order.  The parties jointly and unanimously move that
17 the following proposed amended pre-trial scheduling order submitted
18 by all parties be entered by the court.
19    9.    This stipulation is not made for the purposes of delay,
20 but so that the parties can conduct the necessary discovery to
21 prepare for mediation and trial.  All parties unanimously agree
22 that a reasonable extension is necessary based on the foregoing.

| ITEM | CURRENT DATE | REVISED DATE |
| --- | --- | --- |
| Disclosure of Expert Witnesses and Reports | 11/30/12 | 05/31/13 |
| Discovery Completion Deadline | 02/15/13 | 08/16/13 |
| Non-Discovery Motion filing Deadline | 03/18/13 | 09/20/13 |

3

**Stipulation and Joint Request for Order**                **American Home v. Cashman Equipment**
**Amending Pre-Trial Scheduling Order**                    **2:11-cv-01814-WBS-DAD**

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Final Pretrial Conference | 05/28/13 at 2:00 p.m. | 12/9/13 at 2:00 p.m. |
| Trial of Matter | 07/30/13 at 9:00 a.m. | 02/25/14 at 9:00 a.m. |

DATED: October 10, 2012            PAGLIERO & ASSOCIATES
                                   A Professional Corporation


                                    /s/ James R. Pagliero
                                   JAMES R. PAGLIERO
                                   Attorneys for defendant
                                   Miratech Corporation


DATED: October 10, 2012            COZEN O'CONNOR


                                    /s/ Kevin Bush
                                   KEVIN BUSH
                                   Attorneys for plaintiff
                                   American Home Assurance Company


DATED: October 10, 2012            BORTON PETRINI, LLP


                                    /s/ Manish Parikh
                                   MANISH PARIKH
                                   Attorneys for defendant
                                   Cashman Equipment Company


**IT IS SO ORDERED AS MODIFIED.**


DATED: October 11, 2012

                                   _____
                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE

4