Mark S. Newman, Esq., SBN 107012
Manish Parikh, Esq., SBN 244205
BORTON PETRINI, LLP
Post Office Box 277790
Sacramento, California 95827
3110 Gold Canal Drive, Suite A
Rancho Cordova, California 95670
Tel: (916) 858-1212 / Fax: (916) 858-1252
mnewman@bortonpetrini.com

Attorneys for Defendant
Cashman Equipment Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

AMERICAN HOME ASSURANCE COMPANY, a New York corporation,

Plaintiff,

v.

CASHMAN EQUIPMENT COMPANY, a Nevada corporation; MIRATECH CORPORATION, an Oklahoma corporation; and DOES 1-100,

Defendants.

No. 2:11-CV-01814-WBS-DAD

**STIPULATION AND JOINT REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

Plaintiff AMERICAN HOME ASSURANCE COMPANY, defendant CASHMAN EQUIPMENT COMPANY and defendant MIRATECH CORPORATION, by and through their respective counsel of record, hereby stipulate and respectfully request the Court enter a stipulated order amending the pre-trial scheduling order, as follows.

1. The trial date in this matter is February 25, 2014. That is the second trial date in this matter and was changed previously

due to change of plaintiff's counsel and need for extensive discovery due to the complicated nature of the case involving damages of $15 million. The parties request that the trial date and all pre-trial dates be extended approximately four to five months to allow the parties additional time to conduct mediation and settlement discussions, including expert discovery in this complicated, multi-million dollar case.

2. Since the time of the initial status conference the parties were diligently involved in conducting extensive written discovery. As a result of that discovery, certain persons were identified who the parties intended to depose. Some of these depositions have been completed and it has led parties to discuss settlement much earlier than anticipated. Plaintiff's counsel has recently sent a written demand, which both defendants are considering at the moment. In light of these ongoing settlement discussions all parties intend to reschedule the trial date and other discovery deadlines for another three to four months.

3. Additionally, the disclosure of expert witness and reports is approaching soon on May 31, 2013, and all parties wish not to spend their time and financial resources at this time on their experts but rather use it to settle the matter through negotiations.

4. This is a complicated case involving alleged damages of over $15,000,000 and involving claims and defenses involving negligence, products liability, indemnity and premises liability.

5. The parties jointly submit this stipulation and request to revise the existing pre-trial schedule order for the dual purposes of: (a) allowing the parties the time to resolve the

matter amicably through settlement negotiations, and (b) prevent the expenditure by all parties on their experts and use those resources to resolve the matter through settlement.

6. Based on the foregoing, all parties strongly urge the court to extend the current deadlines set out in the pre-trial scheduling order. The parties jointly and unanimously move that the following proposed amended pre-trial scheduling order submitted by all parties be entered by the court.

7. This stipulation is not made for the purposes of delay, but so that the parties have sufficient time to engage in settlement discussions. All parties unanimously agree that a reasonable extension is necessary based on the foregoing.

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Disclosure of Expert Witnesses and Reports | 05/31/13 | 10/31/13 |
| Discovery Completion Deadline | 08/16/13 | 01/31/14 |
| Non-Discovery Motion filing Deadline | 09/20/13 | 02/20/14 |
| Final Pretrial Conference | 12/19/13 at 2:00 p.m. | **05/12/14** at 2:00 p.m. |
| Trial of Matter | 02/25/14 at 9:00 a.m. | **07/29/14** at 9:00 a.m. |

DATED: May 21, 2013

PAGLIERO & ASSOCIATES
A Professional Corporation

/s/ James R. Pagliero
JAMES R. PAGLIERO
Attorneys for defendant
Miratech Corporation

DATED: May 21, 2013

COZEN O'CONNOR

/s/ Kevin Bush
KEVIN BUSH
Attorneys for plaintiff
American Home Assurance Company

DATED: May 21, 2013

BORTON PETRINI, LLP

/s/ Manish Parikh
MANISH PARIKH
Attorneys for defendant
Cashman Equipment Company

**IT IS SO ORDERED AS MODIFIED.**

DATED: May 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE